Revised 12/09

# MINUTES OF CRIMINAL PROCEEDINGS
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA | Date: May 23, 2012 |
| | Case No. 5:11CR284 |
| vs. | Judge: John R. Adams |
| | Court Reporter: Caroline Mahnke |
| William l. Murray | Pts/Prob Officer: Michelle Spaulding |

U.S. Attorney:          Chris Strickan

Attorney for Defendant(s):     J. Reid Yoder

**SENTENCE:**
Defendant committed to the custody of the Bureau of Prisons for a period of 24 months as to Counts 1 and 2 concurrent with credit for time served.

I.S.S., Probation ordered for a period of ____ months with standard/special conditions as ordered.

Supervised release for a term of 3 years as to Counts 1 and 2 concurrent.

Fined the sum of $_____    X    Fine Waived

Restitution ordered in the amount of $450,440.24.

The defendant is to pay a special assessment of $100.00 on counts 1 and 2. Total $ 200.00 .

X    The defendant advised of his appeal rights.

**COMMENTS:**
    Remanded to the custody of the U.S. Marshal

Total Time:    1 Hr. 15 Mins.                                      s/Christin M. Kestner
                                                                                       Courtroom Deputy Clerk